# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DANIEL WOLFF,

    Petitioner,

vs.

STATE OF NEVADA,

    Respondent.

Case No. 3:09-CV-00591-ECR-(RAM)

**ORDER**

The Court directed (#4) Petitioner to file an application to proceed in forma pauperis or to pay the filing fee. Petitioner has done neither within the allotted time.

Petitioner has submitted a Motion for Stay of Proceedings (#5). This motion is moot because the Court is dismissing the action over the filing fee.

Reasonable jurists would not disagree with this conclusion, and the Court denies a certificate of appealability.

IT IS THEREFORE ORDERED that Petitioner's Motion for Stay of Proceedings (#5) is **DENIED** as moot.

IT IS FURTHER ORDERED that this action is **DISMISSED** without prejudice for Petitioner's failure to comply with the Court's Order (#4). The Clerk of the Court shall enter judgment accordingly.

///

///

///

-2-

IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**.

IT IS FURTHER ORDERED that the Clerk of the Court send a copy of this Order and the Petition for a Writ of Habeas Corpus to the Attorney General of the State of Nevada.

DATED: January 5, 2010

_____
EDWARD C. REED
United States District Judge